NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000044
26-SEP-2016
09:10 AM

NO. CAAP-16-0000044

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CARRIE LYN MUSGRAVE, Plaintiff-Appellee, v.
SAFI aka SAFI SAFI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC-15-1-001464)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On January 15, 2016, Defendant-Appellant Safi
(Appellant), pro se, filed a notice of appeal and amended notice
of appeal;

(2) On February 22, 2016, the circuit court clerk filed
the record on appeal, and the appellate clerk notified the
parties that, among other things, the opening brief was due on or
before April 4, 2016;

(3) After three extensions of time, the opening brief
was due on or before July 22, 2016;

(4) Appellant did not file the opening brief, or
request another extension of time;

(5) On July 29, 2016, the appellate clerk notified Appellant that the time for filing the opening brief expired and, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 8, 2016, for appropriate action, which could include dismissal; and

(6) Thereafter, Appellant did not file the opening brief, or otherwise respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, September 26, 2016.

Chief Judge

Associate Judge

Associate Judge